**Opinion issued July 1, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00632-CV

_____

**TONY LONG AND/OR ALL OCCUPANTS OF 426 W. SUNNYSIDE ST.,**
**Appellants**

**V.**

**QUALITY PROPERTY SOLUTIONS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1156993**

---

## MEMORANDUM OPINION

Appellants, Tony Long and/or All Occupants of 426 W. Sunnyside St., have

failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief),

38.8(a) (governing failure of appellant to file brief). After being notified that this

appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P.

42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.